IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TRAMOND SWINT,<br><br>               Plaintiff,<br><br>   v.<br><br>WALMART INC.,<br><br>               Defendant. | Case No. _____<br><br>**CERTIFICATE OF SERVICE ON ADVERSE PARTY AND NOTICE OF FILING WITH STATE COURT** |

    I, Tigerron A. Wells of Haynsworth Sinkler Boyd, P.A., attorneys for Defendant Wal-Mart Stores East, LP, incorrectly identified as Walmart Inc., hereby certify that on July 21, 2009, I caused the following documents to be served via U.S. mail, postage prepaid, to all parties of record at the address shown below.

Documents:  1. Notice of Removal.
                       2. Notice of Electronic Filing of Notice of Removal.
                       3. Civil Cover Sheet.
                       4. Defendant's Response to Local Civil Rule 26.01 Interrogatories.

Plaintiff's Counsel:  William J. Luse, Esq.; Jeffrey C. Chandler, Esq.
                            CHANDLER LAW FIRM
                            P.O. Box 1889
                            Myrtle Beach, S.C.  29578-1889

    I further certify that I am this date causing a copy of said Notice of Removal to be mailed to the Clerk of Court for Georgetown County for filing in accordance with 28 U.S.C. § 1446(d).

    Dated this 21st day of July, 2009.

                                                 HAYNSWORTH SINKLER BOYD, P.A.

                                       By:   /s/ Tigerron A. Wells
                                                Robert Buffington, Federal I.D. No.01563
                                                *rbuffington@hsblawfirm.com*
                                                Tigerron A. Wells, Federal I.D. No. 09596
                                                *twells@hsblawfirm.com*
                                                1201 Main Street, Suite 2200
                                                Columbia, South Carolina  29201
                                                Telephone:  (803) 779-3080
                                                *Attorneys for Defendant*

Dockets.Justia.com