IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| NORTH AMERICAN RESCUE PRODUCTS, INC., | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BOUND TREE MEDICAL, LLC, | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF NORTH AMERICAN RESCUE PRODUCTS INC.'S DISCLOSURE STATEMENT PURSUANT TO LOCAL CIVIL RULE 26.12 AND FED. R. CIV.P. 7.1**

COMES NOW, Plaintiff North American Rescue Products Inc., by and through its counsel, and hereby makes the following Disclosure Statement pursuant to Local Civil Rule 26.12 and Fed. R. Civ. P. 7.1:

North American Rescue Products, Inc. is a privately held company.

        MCNAIR LAW FIRM, P.A.

        /s/ Bernie W. Ellis
        Bernie W. Ellis
        Federal I.D. No. 5650
        Douglas W. Kim
        Federal I.D. No. 9004
        Hunter S. Freeman
        Federal I.D. No. 9313
        Post Office Box 447
        Greenville, SC 29602
        Tel. (864) 271-4940
        Fax (864) 271-4015
        bellis@mcnair.net
        dkim@mcnair.net
        hfreeman@mcnair.net

Greenville, SC         Attorneys for the Plaintiff
August 24, 2007